542

1932.    Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted.  *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *Morton K. Rothschild* for petitioner.  *Mr. Ellis Ames Ballard* for respondent.

No. 856.  JOYNER, ADMINISTRATOR, *v.* JEFFERSON STANDARD LIFE INSURANCE Co.   April 18, 1932.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied.  *Messrs. Carl H. Richmond* and *John W. Bennett* for petitioner.  *Mr. Shepard Bryan* for respondent.

No. 863.  UNITED STATES EX REL. JACKSON *v.* MEYERING, SHERIFF.   April 18, 1932.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis,* denied.  *Mr. Richard E. Westbrooks* for petitioner.   No appearance for respondent.

No. 864.  LINDGREN, ADMINISTRATOR, *v.* U. S. SHIPPING BOARD MERCHANT FLEET CORP.   April 18, 1932.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit, and motion for leave to proceed further *in forma pauperis,* denied.  *Mr. Jacob L. Morewitz* for petitioner.   No appearance for respondent.